CO-386
10/2018

# United States District Court
# For the District of Columbia

Edward W. Sparrow Hospital )
)
)
)
Plaintiff )
vs )   Civil Action No._____
)
Xavier Becerra, )
in his capacity as Secretary )
of Health and Human Services )
)
Defendant )

**CERTIFICATE RULE LCvR 26.1**

I, the undersigned, counsel of record for __Edward W. Sparrow Hospital__ certify that to the best of my knowledge and belief, the following are parent companies, subsidiaries or affiliates of __Edward W. Sparrow Hospital__ which have any outstanding securities in the hands of the public:

None

These representations are made in order that judges of this court may determine the need for recusal.

Attorney of Record

/s/ Kenneth R. Marcus
Signature

MI-0016
BAR IDENTIFICATION NO.

Kenneth R. Marcus
Print Name

660 Woodward, Ste. 2290
Address

Detroit          MI          48226
City             State       Zip Code

313-465-7470
Phone Number